IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Clyde Manns | ) | |
| Plaintiff | ) | |
| | ) | |
| vs | ) | Civil No. 00-838 |
| | ) | |
| City of Pittsburgh, et al | ) | |
| Defendant | ) | |

ORDER OF COURT

AND NOW, to wit, this 19th day of May, 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending and upon agreement of counsel, IT IS HEREBY ORDERED that the following pleadings, impounded in the Office of the Clerk of Court be destroyed by the Clerk:

Documents: 16, 28

Robert C. Mitchell
U.S. Magistrate Judge